

# COURT OF APPEALS

| | | |
|---|---|---|
| CATHERINE STONE | FOURTH COURT OF APPEALS DISTRICT | KEITH E. HOTTLE |
| CHIEF JUSTICE | CADENA-REEVES JUSTICE CENTER | CLERK OF COURT |
| KAREN ANGELINI | 300 DOLOROSA, SUITE 3200 | |
| SANDEE BRYAN MARION | SAN ANTONIO, TEXAS 78205-3037 | |
| MARIALYN BARNARD | WWW.4THCOA.COURTS.STATE.TX.US | TELEPHONE |
| REBECA C. MARTINEZ | | (210) 335-2635 |
| PATRICIA O. ALVAREZ | | |
| LUZ ELENA D. CHAPA | | FACSIMILE NO. |
| JUSTICES | | (210) 335-2762 |

February 4, 2014

Javier H. Perez, Sr.                          Marion Russell Lawler III
#31562-279                                    805 Media Luna Street, Ste. 620
FCI-Milan                                     Brownsville, TX 78520-8145
P.O. Box 1000                                 * DELIVERED VIA E-MAIL *
Milan, MT 48160

RE:   Court of Appeals Number:   04-13-00148-CV
      Trial Court Case Number:   2011-CVT-000406-D2
      Style:  Javier H. Perez
                v.
              Patricia Villarreal and Israel Villarreal

Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered cause.

If you should have any questions, please do not hesitate to contact me.

Very truly yours,
KEITH E. HOTTLE, CLERK

Elizabeth Montoya
Deputy Clerk, Ext. 53857

cc: Esther Degollado (DELIVERED VIA E-MAIL)
Vicente Mendoza (DELIVERED VIA E-MAIL)
Cynthia Perez Lenz (DELIVERED VIA E-MAIL)



# Fourth Court of Appeals
## San Antonio, Texas

February 4, 2014

No. 04-13-00148-CV

Javier H. **PEREZ,**
Appellant

v.

Patricia **VILLARREAL** and Israel Villarreal,
Appellees

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2011-CVT-000406-D2
Honorable Monica Z. Notzon, Judge Presiding

## O R D E R

On August 9, 2013, in response to this court's late brief notice, appellees filed a notice of automatic stay. Attached to the notice was an order from the Texas Commissioner of Insurance stating Driver's Insurance Company, the insurance carrier defending appellees in this matter, is insolvent and has been designated an impaired insurer under Chapter 462 of the Texas Insurance Code. When the Texas Commissioner of Insurance issues an order designating an insurer as impaired, an automatic stay is required by statute. *See* TEX. INS. CODE ANN. § 462.309 (West 2009). We therefore ordered the appeal abated and treated as a closed case until reinstated by this court.

On December 17, 2013, appellant filed a letter in this court advising that the statutory automatic stay had expired. Reviewing the applicable statute, it appears appellant is correct. Section 462.309 of the Texas Insurance Code states when an automatic stay is instituted because of the insolvency of an insurer, the matter is stayed for: "(1) a six-month period beginning on the later of the date of the designation of impairment or the date an ancillary proceeding is brought in this state; and (2) a subsequent period as determined by the court, if any." *Id.* § 462.309(a)(1). The designation of impairment was effective May 13, 2013. Therefore, in the absence of an extension of the stay by a court, appellant is correct that the stay expired November 13, 2013.

Accordingly, on December 17, 2013, we ordered appellees to show cause in writing on or before January 20, 2014, why the abatement previously ordered by this court should not be lifted and this matter reinstated on the court's active docket. We noted that at the time this matter was abated, appellees' brief was due. We advised that if appellees did not show cause as directed in

this order, this court will lift the abatement, reinstate the case on the court's active docket, and appellees' brief would be due thirty days from the date of the reinstatement.

Appellees did not respond to our December 17, 2013 order. Accordingly, we **ORDER** the abatement lifted and the appeal reinstated. We **ORDER** the clerk's office of this court to place the appeal back on the court's active docket. We **ORDER** appellees to file their brief in this court on or before **March 6, 2014**. Appellees are advised that if the brief is not timely filed pursuant to this court's order, the appeal will be set at issue and the case will be submitted without an appellees' brief.

We further **order** the clerk of this court to serve a copy of this order on all parties and all counsel.

_Marialyn Barnard_
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of February, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court